IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, Sr.,

      Plaintiff,                        No. CIV S-05-2336 GEB KJM P

      vs.

TOM L. CAREY, Warden, et al.,

      Defendants.                <u>ORDER</u>

         /

      Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 16, 2006 request for an extension of time is granted; and

      2. Plaintiff's June 16, 2006 amended complaint is deemed timely filed.

DATED: June 23, 2006.

                                 UNITED STATES MAGISTRATE JUDGE

/mp
rees2336.36