IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

      Plaintiff,                  No. CIV S-05-2336 GEB KJM P

  vs.

TOM L. CAREY, Warden, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 15, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 29, 2006 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: January 19, 2007.

U.S. MAGISTRATE JUDGE

/mp
rees2336.36