IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

      Plaintiff,                     No. CIV S-05-2336 GEB KJM P

    vs.

TOM L. CAREY, Warden, et al.,

      Defendants.         ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of December 15, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's February 15, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: March 1, 2007.

                                             _____
                                             U.S. MAGISTRATE JUDGE

/mp
rees2336.36sec