IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, Sr.,

      Plaintiff,               No. CIV S-05-2336 GEB KJM P

   vs.

TOM L. CAREY, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 2, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's May 25, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: June 1, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
rees2336.36