IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, Sr.,

     Plaintiff,                    No. CIV S-05-2336 GEB KJM P

    vs.

TOM L. CAREY, et al.,

     Defendants.            <u>ORDER</u>

         Plaintiff has requested an extension of time to file a fourth amended complaint pursuant to the court's order of December 13, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's January 2, 2008 application for an extension of time is granted; and

     2. Plaintiff shall file a fourth amended complaint on or before February 10, 2008.

DATED: January 11, 2008.

                                        U.S. MAGISTRATE JUDGE

/ke
rees2336.36(2)