IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, Sr.,

        Plaintiff,                     No. CIV S-05-2336 GEB KJM P

   vs.

TOM L. CAREY, Warden, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 13, 2007, plaintiff's third amended complaint was dismissed with leave to file a fourth amended complaint. Plaintiff has now filed a fourth amended complaint.

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court

/////

1

1  does not find the required exceptional circumstances. Plaintiff's request for the appointment of
2  counsel will therefore be denied.
3        The fourth amended complaint states a cognizable claim for relief pursuant to 42
4  U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are
5  proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.
6        In accordance with the above, IT IS HEREBY ORDERED that:
7        1. Plaintiff's request for the appointment of counsel (doc. no. 31) is denied.
8        2. Service is appropriate for the following defendants: Kofed, Traquina and
9  Kanan.
10       3. The Clerk of the Court shall send plaintiff three USM-285 forms, one
11 summons, an instruction sheet and a copy of the fourth amended complaint filed January 23,
12 2008 (docket no. 32).
13       4. Within thirty days from the date of this order, plaintiff shall complete the
14 attached Notice of Submission of Documents and submit the following documents to the court:
15       a. The completed Notice of Submission of Documents;
16       b. One completed summons;
17       c. One completed USM-285 form for each defendant listed in number 2
18       above; and
19       d. Four copies of the endorsed fourth amended complaint filed
20       January 23, 2008.
21       5. Plaintiff need not attempt service on defendants and need not request waiver of
22 service. Upon receipt of the above-described documents, the court will direct the United States
23 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
24 without payment of costs.
25 DATED: February 15, 2008.
26       _____
      U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, Sr.,

  Plaintiff,        No. CIV S-05-2336 GEB KJM P

 vs.

TOM L. CAREY, et al.,      NOTICE OF SUBMISSION

  Defendants.       OF DOCUMENTS

_____/

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

  _____ completed summons form

  _____ completed USM-285 forms

  _____ copies of the _____
          Amended Complaint

DATED:

              _____
              Plaintiff