IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE,

        Plaintiff,                    2:05-cv-2336-GEB-KJM-P

    vs.

TOM L. CAREY, Warden, et al.,

        Defendants.         <u>ORDER</u>

        On February 28, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 15, 2008, finding service of the amended complaint appropriate for defendants Kofed, Traquina and Kanan, but not appropriate for defendants Carey, Tilton, Vahdatyar, Johnson, Mathias, Luttray, Goller, Noriega, Pearson and Grannis.  Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed February 15, 2008, is affirmed.
3  Dated: March 12, 2008

      _____
      GARLAND E. BURRELL, JR.
      United States District Judge