IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, Sr.,

       Plaintiff,                        No. CIV S-05-2336 GEB KJM P

    vs.

TOM L. CAREY, Warden, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 14, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on July 24, 2006 and January 23, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's motion (docket #45) is denied.

DATED: July 18, 2008.

                                                  U.S. MAGISTRATE JUDGE

/ke
rees2336.31thr

1