IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

        Plaintiff,                      No. CIV S-05-2336 GEB KJM P

    vs.

TOM CAREY, Warden, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the March 12, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Docket No. 58) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the findings and recommendations (Docket No. 57). Defendants' reply, if any, shall be filed seven days thereafter.

DATED: April 17, 2009.

                                              U.S. MAGISTRATE JUDGE

/kly
rees2336.36