IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

    Plaintiff,                    No. CIV S-05-2336 GEB DAD (TEMP) P

    vs.

TOM CAREY, Warden, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On January 13, 2011, the U.S. Court of Appeals for the Ninth Circuit issued its mandate in plaintiff's appeal, reversing in part the dismissal of plaintiff's case and remanding the matter to this court.[1] However, the last order issued by this court, dated January 6, 2011, was returned by the U.S. Post Office as undeliverable at the last address plaintiff listed with this court. Indeed, this court's docket shows plaintiff's last address of record as being at a correctional facility located in Arizona, while the Ninth Circuit's docket shows plaintiff's address or record at a correctional facility located in Mississippi.

---

[1] The Ninth Circuit found that, in light of intervening case law, that the district court erred in dismissing plaintiff's claim against defendant Kanan for failure to exhaust administrative remedies. The Ninth Circuit affirmed the district court's grant of summary judgement in favor of defendants Kofoed and Traquina. <u>See</u> Memorandum Opinion at 2-3 (Doc. No. 65).

1

It appears plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform this court of any address change. If a plaintiff fails to keep the court updated on his correct address, the court may dismiss the case for failure to prosecute.

The court will serve this order at the Mississippi address listed as plaintiff's address of record with the Ninth Circuit and allow plaintiff thirty days in which to inform the court of his current address and state whether he wishes to proceed with his claim against defendant Kanan, which was remanded by the Ninth Circuit. Plaintiff is admonished that failure to respond to this order may result in dismissal of his case without prejudice. See Local Rule 183(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has thirty days from the entry of this order in which to inform the court of his address and state whether he wishes to proceed with his claim against defendant Kanan.

2. The Clerk of Court is directed to serve this order on plaintiff at the following address: TCCF – Tallahatchie County Correctional Facility, 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963.

DATED: July 6, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
rees2336.osc