IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

        Plaintiff,                No. CIV S-05-2336 GEB CKD P

    vs.

TOM L. CAREY, et al.,

        Defendants.        ORDER

_____/

        On January 13, 2011, the Ninth Circuit Court of Appeals reversed an order of this court dismissing plaintiff's Eighth Amendment claim against defendant Kanan for failure to exhaust administrative remedies and remanded for the court to consider whether administrative remedies were exhausted in light of the Ninth Circuit's recent decision in <u>Rhodes v. Robinson</u>, 621 F.3d 1002, 1007 (9th Cir. 2010).

        In light of the Ninth Circuit's order, IT IS HEREBY ORDERED that:

        1. Defendant Kanan is granted thirty days within which to renew her motion to dismiss for failure to exhaust administrative remedies. Plaintiff may file an opposition to the motion within thirty days of service thereof. Defendant Kanan may file a reply to the opposition within fourteen days of service of the opposition.

/////

1

2.  If defendant Kanan elects not ro renew her motion to dismiss, she shall file her answer within the time allotted for renewing her motion to dismiss.

Dated: August 8, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rees2336.lmtd