IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

      Plaintiff,                     No. CIV S-05-2336 GEB CKD P

      vs.

TOM L. CAREY, et al.,

      Defendants.            <u>ORDER</u>

/

      Plaintiff has requested that this matter be stayed until May 2, 2012 when he will be paroled from prison. Good cause appearing, the court will extend the deadline for filing pretrial motions from March 30, 2012 to July 1, 2012. There are no other deadlines pending so it does not appear necessary to issue a stay. Discovery will remain closed.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 1, 2012 motion for a stay is denied.

      2. The deadline for filing pretrial motions established in the court's September 13, 2011 scheduling order is extended to July 1, 2012.

Dated: March 12, 2012

                                                 _____
                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE