1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROBERT D. REESE, SR.,

11           Plaintiff,                    No. CIV S-05-2336 GEB CKD P

12        vs.

13    TOM L. CAREY, et al.,

14           Defendants.              ORDER

15    _____/

16           Plaintiff has requested that this matter be stayed until May 2, 2012 when he will

17    be paroled from prison.  Good cause appearing, the court will extend the deadline for filing

18    pretrial motions from March 30, 2012 to July 1, 2012.  There are no other deadlines pending so it

19    does not appear necessary to issue a stay.  Discovery will remain closed.

20           Accordingly, IT IS HEREBY ORDERED that:

21           1.  Plaintiff's March 1, 2012 motion for a stay is denied.

22           2.  The deadline for filing pretrial motions established in the court's September

23    13, 2011 scheduling order is extended to July 1, 2012.

24     Dated: March 12, 2012

25                                            _____
                                              CAROLYN K. DELANEY
26                                            UNITED STATES MAGISTRATE JUDGE