IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

      Plaintiff,                           No.  2:05-cv-2336 GEB CKD P

      vs.

TOM L. CAREY, et al.,

      Defendants.                  FINDINGS AND RECOMMENDATIONS

                                    /

          Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 2, 2012, defendant Kanan filed a motion for summary judgment.  On July 10, 2012 plaintiff was ordered to file an opposition or a statement of non-opposition to the motion for summary judgment by August 8, 2012.  In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).  Plaintiff has not responded to the court's July 10, 2012 order.

          For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within seven days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] rees2336.dis