IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. REESE, SR.,

      Plaintiff,                      No.  2:05-cv-2336 GEB CKD P

    vs.

TOM L. CAREY, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On October 30, 2012, the court recommended that this action be dismissed for plaintiff's failure to file an opposition to defendant Kanan's July 2, 2012, motion for summary judgment. Plaintiff has now filed his opposition. In light of the foregoing, IT IS HEREBY ORDERED that the court's October 30, 2012 findings and recommendations are vacated and defendant Kanan may file a reply to plaintiff's opposition no later than November 9, 2012.

Dated: November 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rees2336.op